AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Marc Anthony Bru

*Defendant*

Case: 1:21-mj-00290
Assigned To : Harvey, G. Michael
Assign. Date : 03/08/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Marc Anthony Bru, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(B), (e)(2)(D), and (e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 03/09/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.09 09:13:37 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/9/2021, and the person was arrested on *(date)* 3/30/2021
at *(city and state)* Vancouver, WA.

Date: 3/30/2021

*Arresting officer's signature*

Julianna Dippold   Special Agent
*Printed name and title*