UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>   v.<br><br>MARC ANTHONY BRU,<br><br>            Defendant. | Case No. 21-MJ-290 (GMH) |

## NOTICE

On April 28, 2021, this Court issued an Order directing the defense to state its position on the government's motion for a protective order. After further review of the motion, the defense does not object to the protective order at this time. The defense, however, reserves the right to object at a later point.

Respectfully submitted,

A. J. Kramer
Federal Public Defender

*Jose A. German*
Jose A. German
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500