

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 2, 2021

**By e-mail**
Jose German
Federal Public Defender
625 Indiana Ave NW # 550
Washington, DC 20004

    Re:    *United States v. Bru*, 21-CR-352

Dear Counsel:

    I have uploaded to your account in USAFx the following discovery: all of the files listed on the attached index (Exhibit A).  ***All files uploaded to USAFx will automatically be deleted after 60 days per the automatic retention policy in place.  Please download the files before then.***  This material is subject to the terms of the Protective Order issued in this case.

    Note that all these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, the same files will be re-produced with Bates-stamps at a later date. Nevertheless, we wanted to provide you what we can now as we wait for this processing to be finalized.

    You will notice that some of the files being produced refer to physical attachments that were burned to a disk. If the physical attachments were too large to send via USAFx, they will instead be provided with the formal discovery round after being processed.

    The following materials are designated as SENSITIVE under the protective order in this case:

- 0176-SE-3397198_0000034_1A0000031_0000001.pdf

    The following materials are designated as HIGHLY SENSITIVE under the protective order in this case:

- 0176-SE-3397198_0000003 Redacted.pdf
- 0176-SE-3397198_0000003_1A0006526_0000004_PHYSICAL - Notes Redacted.pdf
- 0176-SE-3397198_0000004 Redacted.pdf
- 0176-SE-3397198_0000005 Redacted.pdf
- 0176-SE-3397198_0000005_1A0000002_0000001_PHYSICAL – Notes Redacted.pdf
- 0176-SE-3397198_0000006 Redacted.pdf
- 0176-SE-3397198_0000006_1A0000003_0000001_PHYSICAL - Notes Redacted.pdf
- 0176-SE-3397198_0000010.pdf
- 0176-SE-3397198_0000010_1A0000006_0000001 Redacted.pdf
- 0176-SE-3397198_0000010_1A0000006_0000002 Redacted.pdf
- 0176-SE-3397198_0000016.pdf
- Every file in the folder named: 0176-SE-3397198_0000016_1A0000014_0000001_PHYSICAL

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice

within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

     I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

                                    Sincerely,

                                    William Dreher
                                  Assistant United States Attorney

Enclosure(s)

**Exhibit A:**

0176-SE-3397198_0000003 Redacted.pdf
0176-SE-3397198_0000003_1A0006526_0000004_PHYSICAL - Notes Redacted.pdf
0176-SE-3397198_0000004 Redacted.pdf
0176-SE-3397198_0000005 Redacted.pdf
0176-SE-3397198_0000005_1A0000002_0000001_PHYSICAL – Notes Redacted.pdf
0176-SE-3397198_0000006 Redacted.pdf
0176-SE-3397198_0000006_1A0000003_0000001_PHYSICAL - Notes Redacted.pdf
0176-SE-3397198_0000010.pdf
0176-SE-3397198_0000010_1A0000006_0000001 Redacted.pdf
0176-SE-3397198_0000010_1A0000006_0000002 Redacted.pdf
0176-SE-3397198_0000016.pdf
**Folder named:** 0176-SE-3397198_0000016_1A0000014_0000001_PHYSICAL
0176-SE-3397198_0000003_1A0006526_0000001.png
0176-SE-3397198_0000003_1A0006526_0000002.png
0176-SE-3397198_0000003_1A0006526_0000003.png
0176-SE-3397198_0000003_1A0006526_0000005.png
0176-SE-3397198_0000003_1A0006526_0000006.png
0176-SE-3397198_0000007.pdf
0176-SE-3397198_0000007_Import.pdf
0176-SE-3397198_0000009.pdf
0176-SE-3397198_0000009_1A0000005_0000001.pdf
0176-SE-3397198_0000009_1A0000005_0000002 Redacted.pdf
0176-SE-3397198_0000011.pdf
0176-SE-3397198_0000011_1A0000007_0000001.pdf
0176-SE-3397198_0000011_1A0000007_0000002.pdf
0176-SE-3397198_0000011_1A0000007_0000003.pdf
0176-SE-3397198_0000011_1A0000007_0000004.pdf
0176-SE-3397198_0000011_1A0000007_0000005.pdf
0176-SE-3397198_0000014.pdf
0176-SE-3397198_0000014_1A0000012_0000001.pdf
0176-SE-3397198_0000015.pdf
0176-SE-3397198_0000015_1A0000013_0000001.pdf
0176-SE-3397198_0000017.pdf
0176-SE-3397198_0000017_1A0000015_0000001.JPG
0176-SE-3397198_0000017_1A0000015_0000002.JPG
0176-SE-3397198_0000017_1A0000015_0000003.mp4
0176-SE-3397198_0000017_1A0000015_0000004.JPG
0176-SE-3397198_0000018.pdf
0176-SE-3397198_0000018_1A0000016_0000001.jpg
0176-SE-3397198_0000018_1A0000016_0000002.jpg
0176-SE-3397198_0000018_1A0000016_0000003.jpg
0176-SE-3397198_0000018_1A0000016_0000004.docx

0176-SE-3397198_0000018_1A0000016_0000005.mp4
0176-SE-3397198_0000018_1A0000016_0000006.zip
0176-SE-3397198_0000018_1A0000016_0000007.pdf
0176-SE-3397198_0000018_1A0000016_0000008.zip
0176-SE-3397198_0000018_1A0000016_0000009.jpeg
0176-SE-3397198_0000018_1A0000016_0000010.jpeg
0176-SE-3397198_0000019.pdf
0176-SE-3397198_0000019_1A0000017_0000001.jpg
0176-SE-3397198_0000019_1A0000017_0000002.jpg
0176-SE-3397198_0000019_1A0000017_0000003.jpg
0176-SE-3397198_0000019_1A0000017_0000004.jpg
0176-SE-3397198_0000019_1A0000017_0000005.jpg
0176-SE-3397198_0000020.pdf
0176-SE-3397198_0000021.pdf
0176-SE-3397198_0000021_1A0000019_0000001_PHYSICAL.pdf
0176-SE-3397198_0000021_1A0000019_0000001_PHYSICAL - Actual.pdf
0176-SE-3397198_0000021_1A0000019_0000002_PHYSICAL.pdf
**Folder named:** 0176-SE-3397198_0000021_1A0000019_0000002_PHYSICAL
0176-SE-3397198_0000021_1A0000020_0000001_PHYSICAL.pdf
0176-SE-3397198_0000021_1A0000020_0000001_PHYSICAL - Actual.pdf
0176-SE-3397198_0000021_1A0000021_0000001_PHYSICAL.pdf
0176-SE-3397198_0000021_1A0000021_0000001_PHYSICAL - Actual.pdf
0176-SE-3397198_0000021_1A0000022_0000001.JPG
0176-SE-3397198_0000021_1A0000022_0000002.JPG
0176-SE-3397198_0000021_1A0000022_0000003.JPG
0176-SE-3397198_0000021_1A0000022_0000004.JPG
0176-SE-3397198_0000021_1A0000022_0000005.JPG
0176-SE-3397198_0000021_1A0000022_0000006.JPG
0176-SE-3397198_0000022 Redacted.pdf
0176-SE-3397198_0000022_1A0000023_0000001_PHYSICAL.pdf
0176-SE-3397198_0000022_1A0000023_0000001_PHYSICAL - Notes.pdf
0176-SE-3397198_0000023.pdf
0176-SE-3397198_0000025.pdf
0176-SE-3397198_0000026.pdf
0176-SE-3397198_0000027.pdf
0176-SE-3397198_0000027_1A0000026_0000001.pdf
0176-SE-3397198_0000027_1A0000027_0000001.pdf
0176-SE-3397198_0000028.pdf
0176-SE-3397198_0000028_1A0000028_0000001.JPG
0176-SE-3397198_0000028_1A0000028_0000002.JPG
0176-SE-3397198_0000028_1A0000028_0000003.JPG
0176-SE-3397198_0000028_1A0000028_0000004.JPG
0176-SE-3397198_0000028_1A0000028_0000005.JPG
0176-SE-3397198_0000028_1A0000028_0000006.JPG

0176-SE-3397198_0000028_1A0000028_0000007.JPG
0176-SE-3397198_0000028_1A0000028_0000008.JPG
0176-SE-3397198_0000028_Import.pdf
0176-SE-3397198_0000029.pdf
0176-SE-3397198_0000030.pdf
0176-SE-3397198_0000031.pdf
0176-SE-3397198_0000031_1A0000029_0000001.pdf
0176-SE-3397198_0000031_1A0000029_0000002.pdf
0176-SE-3397198_0000031_1A0000029_0000003.pdf
0176-SE-3397198_0000031_1A0000029_0000004.pdf
0176-SE-3397198_0000031_1A0000029_0000005.pdf
0176-SE-3397198_0000031_1A0000029_0000006.pdf
0176-SE-3397198_0000031_1A0000029_0000007.pdf
0176-SE-3397198_0000031_1A0000029_0000008.pdf
0176-SE-3397198_0000032.pdf
0176-SE-3397198_0000032_1A0000030_0000001_PHYSICAL.pdf
0176-SE-3397198_0000034.pdf
0176-SE-3397198_0000034_1A0000031_0000001.pdf
0176-SE-3397198_0000034_1A0000032_0000001.pdf
0176-SE-3397198_0000034_1A0000032_0000002.jpg
0176-SE-3397198_0000034_1A0000033_0000001.pdf
0176-SE-3397198_0000034_1A0000033_0000002.mp4
0176-SE-3397198_0000034_1A0000033_0000003.mp4
0176-SE-3397198_0000034_1A0000033_0000004.jpg
0176-SE-3397198_0000034_1A0000033_0000005.jpg
0176-SE-3397198_0000034_1A0000033_0000006.jpg
0176-SE-3397198_0000034_1A0000033_0000007.jpg
0176-SE-3397198_0000034_1A0000033_0000008.jpg
0176-SE-3397198_0000034_1A0000033_0000009.jpg
0176-SE-3397198_0000034_1A0000033_0000010.mp4
0176-SE-3397198_0000034_1A0000033_0000011.jpg
0176-SE-3397198_0000034_1A0000033_0000012.jpg
0176-SE-3397198_0000034_1A0000033_0000013.jpg
0176-SE-3397198_0000034_1A0000033_0000014.jpg
0176-SE-3397198_0000034_1A0000033_0000015.mp4
0176-SE-3397198_0000034_1A0000033_0000016.mp4
0176-SE-3397198_0000034_1A0000033_0000017.jpg
0176-SE-3397198_0000034_1A0000033_0000018.jpg
0176-SE-3397198_0000036.pdf
0176-SE-3397198-GJ_0000001.pdf
0176-SE-3397198-GJ_0000002.pdf
0176-SE-3397198-GJ_0000002_1A0000003_0000001.pdf
0176-SE-3397198-GJ_0000003.pdf
0176-SE-3397198-GJ_0000003_1A0000004_0000001.pdf

0176-SE-3397198-GJ_0000003_1A0000004_0000002.pdf
0176-SE-3397198-GJ_0000004.pdf
0176-SE-3397198-GJ_0000004_1A0000005_0000002.pdf
0176-SE-3397198-GJ_0000005.pdf
0176-SE-3397198-GJ_0000005_1A0000006_0000001.pdf
0176-SE-3397198-GJ_0000006.pdf
0176-SE-3397198-GJ_0000007.pdf
0176-SE-3397198-GJ_0000008.pdf
0176-SE-3397198-GJ_0000008_1A0000007_0000001 Redacted.pdf
0176-SE-3397198-GJ_0000009.pdf
0176-SE-3397198-GJ_0000009_1A0000008_0000001.pdf
0176-SE-3397198-GJ_0000010.pdf
0176-SE-3397198-GJ_0000010_1A0000011_0000001.pdf
0176-SE-3397198-GJ_0000010_1A0000011_0000002.pdf
0176-SE-3397198-GJ_0000010_1A0000011_0000003.pdf