UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-CR-352 (JEB) |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF ATTORNEY APPEARANCE |
| MARC BRU, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Christian Izaguirre appears as counsel for Marc Bru. It is requested that notice of all filings be served upon the undersigned.

DATED this 2nd day of March, 2022.

Respectfully submitted,

s/ *Christian Izaguirre*
Assistant Federal Public Defender
Attorney for Marc Bru

NOTICE OF APPEARANCE
(*United States v. Bru*, 21-CR-352-JEB) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**