UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-CR-352 (JEB) |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF ATTORNEY APPEARANCE |
| MARC BRU, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Christopher M. Sanders appears as counsel for Marc Bru. It is requested that notice of all filings be served upon the undersigned.

DATED this 2nd day of March, 2022.

Respectfully submitted,

s/ *Christopher M. Sanders*
Assistant Federal Public Defender
Attorney for Marc Bru

NOTICE OF APPEARANCE
(*United States v. Bru*, 21-CR-352-JEB) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100