UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>          v.<br><br>MARC BRU,<br><br>                    Defendant. | Case No. 21-cr-352 (JEB) |

MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Jose A. German, respectfully moves this Honorable Court for an order allowing counsel to withdraw as attorney of record for Marc Bru.

Counsel was previously appointed to represent Mr. Bru at his initial appearance. On March 2, 2022, attorneys Christian Izaguirre and Christopher Sanders entered their notice of appearance as counsel for Mr. Bru.

Accordingly, undersigned counsel moves this Court for permission to withdraw as attorney for Mr. Bru.

                                        Respectfully submitted,

                                        A.J. Kramer
                                        Federal Public Defender

                                        */s/*
                                        Jose A. German
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500