UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 21-cr-352 |
| | : | |
| **MARC BRU** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Michael M. Gordon, who may be contacted by telephone at (813) 274-6370 or email at Michael.gordon3@usdoj.gov  This is notice of his appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney William Dreher.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    /s/ *Michael M. Gordon*
    Michael M. Gordon
    Assistant United States
    Attorney, Detailee
    555 4th Street, N.W.
    Washington, D.C. 20530
    Telephone No. (813) 274-6370
    michael.gordon3@usdoj.gov