**CERTIFICATE OF SERVICE**

On this 1st day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>/s/ Michael M. Gordon
>Michael M. Gordon
>Assistant United States
>Attorney, Detailee
>555 4th Street, N.W. Washington,
>D.C. 20530
>Telephone No. (813) 274-6370
>michael.gordon3@usdoj.gov