UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARC BRU,<br><br>        Defendant. | Criminal No. 21-CR-352 (JEB)<br><br>NOTICE OF ATTORNEY APPEARANCE |

NOTICE IS HEREBY GIVEN that Gregory Geist appears as counsel for Marc Bru. It is requested that notice of all filings be served upon the undersigned.

DATED this 27th day of May 2022.

Respectfully submitted,

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Marc Bru

NOTICE OF APPEARANCE
(*United States v. Bru*, 21-CR-352-JEB) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**