UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARC BRU,<br><br>　　　　Defendant. | Criminal No. 21-CR-352 (JEB)<br><br>NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT OF WASHINGTON |

NOTICE IS HEREBY GIVEN that Assistant Federal Public Defenders Gregory Geist and Mohammad Hamoudi have assumed responsibility for the defense of Marc Bru. Mr. Geist and Mr. Hamoudi are both certified to appear in this Court and have entered their Notice of Appearance as counsel for Mr. Bru (dkts. 41, 42).

As such, Assistant Federal Public Defenders Christian Izaguirre and Christopher Sanders hereby withdraw their appearances and request that notice of all filings be served only upon the remaining attorneys.

DATED this 16th day of June, 2022.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ *Gregory Geist* (current)
　　　　　　　　　　　　　　　　　　s/ *Mohammad Hamoudi* (current)
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defenders
　　　　　　　　　　　　　　　　　　Attorneys for Marc Bru

　　　　　　　　　　　　　　　　　　**s/** *Christian Izaguirre* (withdrawing)
　　　　　　　　　　　　　　　　　　s/ *Christopher Sanders* (withdrawing)
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defenders

NOTICE OF CHANGE IN COUNSEL
(*United States v. Bru*, 21-CR-352) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710