DISTRICT JUDGE JAMES E. BOASBERG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-352-JEB |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR MOTIONS |
| MARC BRU, | |
| Defendant. | |

**ORDER**

Based upon the representation in the Mr. Bru's Unopposed Motion to Extend Deadline for Motions, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the deadline for pretrial motions and motions in limine is extended from February 3, 2023, to February 17, 2023.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Mr. Bru, and finds that a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

DONE this ___ day of February 2023.

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Marc Bru

ORDER TO EXTEND DEADLINE FOR MOTIONS
(*United States v. Bru*, CR21-352-JEB) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100