UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-352 (JEB) |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER GRANTING MOTION TO WITHDRAW |
| MARC BRU, | ) | |
| Defendant. | ) | |

**ORDER**

THE COURT has considered the Motion to Withdraw and for Appointment of New Counsel and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Gregory Geist is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent Marc Bru.

DONE this ___ day of March 2023.

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Marc Bru

ORDER GRANTING MOTION TO WITHDRAW
*United States v. Bru*, CR21-352 (JEB) - 1