NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  1:21-cr-00352-JEB

**MARC BRU**
            (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

s/ Ben W. Muse
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

**Ben W. Muse, AK 1012127**
*(Attorney & Bar ID Number)*
Federal Public Defender for the District of Alaska
*(Firm Name)*
188 W Northern Lights Blvd., Ste. 700
*(Street Address)*
Anchorage          AK          99503
*(City)*          *(State)*          *(Zip)*
907-646-3400
*(Telephone Number)*