UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-CR-00352-JEB |
| | : | |
| **MARC BRU,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Madison Mumma is entering her appearance in this matter on behalf of the United States. Ms. Mumma joins Mr. Gordon, who remains assigned to the case.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                DC Bar No. 481052

By:       /s/ *Madison Mumma*
                     Madison Mumma
                     Trial Attorney
                     U.S. Department of Justice, Crim. Division
                     Detailed to the D.C. U.S. Attorney's Office
                     601 D St. N.W.
                     Washington, DC 20530
                     Madison.Mumma2@usdoj.gov
                     (202) 431-8603
                     NC Bar No. 56546

## **CERTIFICATE OF SERVICE**

On this 3rd day of April 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Madison Mumma*