UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARC BRU,<br><br>                Defendant. | Case No. 21-cr-00352-JEB<br><br>**MOTION TO EXTEND MOTION IN LIMINE DEADLINE** |

    Defendant, Marc Bru, pro se, moves this Court to extend the deadline for motions in limine by 30 days. I require more time to meet with standby counsel, review evidence and draft my pretrial motions. I have had only limited access to discovery, and the drafting process has taken longer than I expected.

    DATED this 15th day of May, 2023.

                                                    Respectfully submitted,

                                                    */s/Marc Bru*
                                                    Marc Bru, Defendant
                                                    pro se