UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>MARC BRU,<br><br>                 Defendant. | Case No. 21-cr-00352-JEB<br><br>*Proposed* **ORDER RE MOTION TO EXTEND MOTION IN LIMINE DEADLINE** |

After due consideration of the Defendant's Motion to Extend Motion in Limine Deadline is GRANTED.

It is ordered that the new deadline for motions in limine shall be June 15, 2023.

DATED this __ day of May, 2023.

_____
Judge James E. Boasberg
UNITED STATES DISTRICT COURT