Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: ben_muse@fd.org

*Standby Counsel for Defendant Marc Bru*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>MARC BRU,<br><br>    Defendant. | Case No. 21-cr-00352-JEB<br><br>**NOTICE OF LODGING DEFENDANT'S PRO SE MOTION TO CONTINUE TRIAL** |

  COMES NOW Defendant Marc Bru, through standby counsel, Ben W. Muse, Assistant Federal Defender, and hereby lodges Mr. Bru's motion seeking a continuance of the trial date for 90 days. Trial is currently scheduled for July 17, 2023.

  DATED this 23rd day of May, 2023.

                Respectfully submitted,

                FEDERAL PUBLIC DEFENDER
                DISTRICT OF ALASKA

                */s/ Ben W. Muse*
                Ben W. Muse
                Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system on May 23, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*