UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>MARC BRU,<br><br>                Defendant. | Case No. 21-cr-00352-JEB<br><br>**MOTION TO CONTINUE TRIAL** |

      Defendant, Marc Bru, pro se, moves this Court for a continuance of trial of 90 days. This continuance is necessary to allow me more time to prepare so that I can effectively advocate for myself. Trial preparation has been more time consuming than I expected, and I do not believe I will have sufficient time to prepare for trial as I have had only limited access to my discovery due to equipment or technical issues. I have conferred with standby counsel, Ben Muse, and he will work to facilitate my access to discovery, but I require additional time to prepare as there is information I can only review with him, and he has to travel from Alaska to Washington to review discovery with me.

      DATED this 23rd day of May, 2023.

                                            Respectfully submitted,

                                                  */s/ Marc Bru*
                                                  Marc Bru, Defendant
                                                  pro se