UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-00352-JEB |
| Plaintiff, | *Proposed* **ORDER RE MOTION TO CONTINUE TRIAL** |
| vs. | |
| MARC BRU, | |
| Defendant. | |

After due consideration of the Defendant's Motion To Continue Trial [Docket No.

56], the motion is granted. Trial shall be scheduled to begin on _____.

DATED this __ day of May, 2023.


_____
Judge James E. Boasberg
UNITED STATES DISTRICT COURT