UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARC BRU,<br><br>Defendant. | Criminal Action No. 21-352 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that the Government's [54] Motion *in Limine* is GRANTED IN PART and DENIED IN PART.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  June 26, 2023

1