UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MARC BRU,

Defendant.

No. 1:21-cr-352 (JEB)

## UNITED STATES' EXHIBIT LIST

| Exhibit No. | Description | Witness | Date Admitted |
|---|---|---|---|
| **000 Series - Video Montages** | | | |
| 001 | Montage – U.S. Capitol CCTV Cameras | Loyd | 10/3/23 ✓ |
| 002 | Montage – Congressional Proceeding, House and Senate Floor Cameras | Loyd | ✓ |
| 003 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | |
| 004 | Certificate of Authenticity of Records - House Recording Studio (Douglas Massengale) | | |
| **100 Series - U.S. Capitol Closed-Circuit Television (CCTV) Footage** | | | |
| 101 | Defendant Entering Upper West Terrace Door | Loyd | ✓ |
| 102 | Defendant in Rotunda | Loyd | ✓ |
| 103 | Defendant near Interior Rotunda Door | Loyd | ✓ |
| 104 | Defendant on Gallery Stairs | Loyd | ✓ |
| 105 | Defendant in East Corridor | Loyd | ✓ |
| 106 | Defendant Outside of Seante Gallery SE (Entrance) | Loyd | ✓ |
| 107 | Defendant Outside of Senate Gallery SE (Exit) | Loyd | ✓ |
| 108 | Defendant in Ohio Clock Corridor | Loyd | ✓ |
| 109 | Defendant Near Senate Chamber | Loyd | ✓ |
| 110 | Defendant Exiting U.S. Capitol | Loyd | ✓ |
| **200 Series - General Evidence of Capitol Grounds** | | | |
| 201 | Overview Map of Capitol Building and Grounds | Loyd | ✓ |
| 202 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined | Loyd | ✓ |
| 203 | Photo of "Area Closed" sign on Capitol grounds fencing | Loyd | ✓ |

| | | | |
|---|---|---|---|
| 204 | Photo of multiple "Area Closed" signs on fencing on Capitol grounds | Loyd | ✓ |
| 205 | Photo of "Area Closed" signs on bike rack barricade | Loyd | ✓ |
| 206 | Photo of "Area Closed" sign on bike rack barricade at Peace Circle during breach | Loyd | ✓ |
| 207 | Photo of Capitol with snow fencing and signs | Loyd | ✓ |
| 208 | Photo of Capitol with fencing and signs | Loyd | ✓ |
| 209 | 3D Model of Capitol | Loyd | ✓ |
| 210 | Aerial Diagram of Capitol | Loyd | ✓ |
| 211 | U.S. Capitol Floor Plan (Floor 2) | Loyd | ✓ |
| 212 | U.S. Capitol Floor Plan (Floor 3) | Loyd | ✓ |
| 213 | Time Lapse of West Front | Loyd | ✓ |
| **300 Series - U.S. Secret Service** | | | |
| 301 | 1/5/21 Email from Lanelle Hawa re: Head of State Notification | Glavey | ✓ |
| 302 | Secret Service Head of State Notification Worksheet | Glavey | ✓ |
| 303 | CCTV 9322 footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 -- 1:59:40 PM | Glavey | |
| 304 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 -- 2:26:20 PM | Glavey | ✓ |
| 305 | USSS radio run compilation | Glavey | ✓ |
| **400 Series – Body Worn Camera (BWC)** | | | |
| 401 | MPD Officer Laurore BWC (West Plaza) | Loyd | ✓ |
| 402 | MPD Officer Laurore BWC – Still Photo (West Plaza) | Loyd | ✓ |
| 403 | MPD Officer Harrington BWC (West Plaza) | Loyd | ✓ |
| **500 Series – Open-Source Photos and Video** | | | |
| 501 | Defendant on West Plaza (Video – Twitter) | Loyd | ✓ |
| 502 | Defendant on West Plaza (Video – Julio Cortez Instagram) | Loyd | ✓ |
| 503 | Defendant on West Plaza (Video – Tatum Report) | Loyd | ✓ |
| 504 | Defendant on West Plaza (Video – Youtube) | Loyd | ✓ |
| 505 | Defendant Walking to U.S. Capitol (Photo – Getty) | Loyd | ✓ |
| 506 | Defendant Crossing Fencing (Photo – Shuttershock) | Loyd | ✓ |

| 507 | Defendant Entering Upper West Terrace Door (GOPR0776) | Loyd | ✓ |
| --- | --- | --- | --- |
| **600 Series – Legal and Congressional Records** | | | |
| 601 | U.S. Constitution – 12th Amendment | N/A (AUSA Gordon) | |
| 602 | 3 U.S. Code § 15 | N/A (AUSA Gordon) | |
| 603 | 3 U.S. Code § 16 | N/A (AUSA Gordon) | |
| 604 | 3 U.S. Code § 17 | N/A (AUSA Gordon) | |
| 605 | 3 U.S. Code § 18 | N/A (AUSA Gordon) | |
| 606 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | N/A (AUSA Gordon) | ✓ |
| 607 | Congressional Record -- Senate (Vol. 167, No. 4, S13, S14, S18) | N/A (AUSA Gordon) | ✓ |
| 608 | Congressional Record -- House (Vol. 167, No. 4, H75, H76, H84, H85) | N/A (AUSA Gordon) | ✓ |
| **700 Series – Podcasts, Other Statements, and Miscellaneous** | | | |
| 701 | Defendant on West Plaza (Video – USCP) | Loyd | ✓ |
| 702 | Defendant on West Plaza (Video – USCP) | Loyd | ✓ |
| 703 | Defendant on West Plaza (Still – USCP) | Loyd | ✓ |
| 704 | Defendant's Proud Boy Helmet (Photo) | Dippold | ✓ |
| 705 | Defendant's Proud Boy Jacket (Photo) | Dippold | ✓ |
| 706 | Jester Scarf (Photo) | Dippold | ✓ |
| 707 | Washington State Militia membership page (Photo) | Dippold | ✓ |
| 708 | Liberty Tactics Podcast, "Marc Anthony Bru – January 6th" | | |
| 708.1 | Liberty Tactics Podcast Clip (Joined Proud Boys) | Dippold | ✓ |
| 708.2 | Liberty Tactics Podcast Clip (Walked to Capitol) | Dippold | ✓ |
| 708.3 | Liberty Tactics Podcast Clip (Pushing Barricades) | Dippold | ✓ |
| 709 | Sovereign Souls Media Podcast, "J6 Marc Anthony Bru" | | |
| 709.1 | Sovereign Souls Media Podcast Clip (Proud Boys) | Dippold | ✓ |
| 709.2 | Sovereign Souls Media Podcast Clip (Walk to Capitol Before Speech) | Dippold | ✓ |
| 709.3 | Sovereign Souls Media Podcast Clip (Why J6) | Dippold | ✓ |

| | | | |
|---|---|---|---|
| 710 | Freedom Unchained Podcast, "Ep. 30 'Bootleg Bureaucracy'" | | |
| 710.1 | Freedom Unchained Podcast Clip (Joined Proud Boys) | Dippold | ✓ |
| 710.2 | Freedom Unchained Podcast Clip (Appeal of Proud Boys) | Dippold | ✓ |
| 710.3 | Freedom Unchained Podcast Clip (Expected Violence) | Dippold | ✓ |
| 710.4 | Freedom Unchained Podcast Clip (Kettling) | Dippold | ✓ |
| 711 | July 10, 2023 Letter from Defendant to AUSA Michael Gordon | Dippold | ✓ |
| 712 | Bru Complaint Affidavit | Dippold | ✓ |
| 713 | Bru Motion to Dismiss | Dippold | ✓ |
| **800 Series – Social Media** | | | |
| 801 | Facebook Certificate of Authenticity (Marc.Bru.923 Account) | | |
| 802 | Facebook Certificate of Authenticity (Vicorous Account) | | |
| 803 | Defendant's Facebook profile | N/A (AUSA Gordon) | ✓ |
| 804 | Video of Defendant Marching to U.S. Capitol (Facebook) | N/A (AUSA Gordon) | ✓ |
| 805 | Selfie photo of Defendant (Facebook) | N/A (AUSA Gordon) | ✓ |
| 806 | Selfie photo of Defendant (Facebook – Proud Boys) | N/A (AUSA Gordon) | ✓ |
| 807 | Selfie photo of Defendant (Facebook – OK sign) | N/A (AUSA Gordon) | ✓ |
| 809 | Selfie photo of Defendant in the Senate Gallery (Facebook) | N/A (AUSA Gordon) | ✓ |
| 810 | Selfie photo of Defendant in the Senate Gallery (Facebook) | N/A (AUSA Gordon) | ✓ |
| 811 | November 10, 2020 Facebook Message | N/A (AUSA Gordon) | ✓ |
| 812 | December 12, 2020 Facebook Message | N/A (AUSA Gordon) | ✓ |
| 813 | December 15, 2020 Facebook Post | N/A (AUSA Gordon) | ✓ |
| 814 | December 18, 2020 Facebook Message | N/A (AUSA Gordon) | ✓ |
| 815 | January 6, 2021 Facebook Post | N/A (AUSA Gordon) | ✓ |
| 816 | January 8, 2021 Facebook Message | N/A (AUSA Gordon) | ✓ |

| | | | |
|---|---|---|---|
| 817 | Defendant's Twitter Profile | Dippold | ✓ |
| 818A | June 27, 2023 Tweet | Dippold | ✓ |
| 818B | June 27, 2023 Tweet Attachments | Dippold | ✓ |
| 819 | April 18, 2023 Tweet | Dippold | ✓ |
| 820 | March 13, 2023 Tweet | Dippold | ✓ |
| 821 | May 31, 2023 Tweet | Dippold | ✓ |
| 822 | March 28, 2023 Tweet | Dippold | ✓ |
| 823 | April 1, 2023 Tweet | Dippold | ✓ |
| 824 | July 4, 2023 Tweet | Dippold | ✓ |
| **900 Series – Cell Phone** | | | |
| 901 | Picture of Text Messages on Defendant's Phone (re: smiling) | Dippold | ✓ |
| 902 | Picture of Text Messages on Defendant's Phone (re: gas mask) | Dippold | ✓ |
| 903 | Picture of Text Messages on Defendant's Phone (re: gas mask) | Dippold | ✓ |
| 904 | Picture of Text Messages on Defendant's Phone (re: Portland) | Dippold | ✓ |
| 905 | Picture of Text Messages on Defendant's Phone (re: taking a look) | Dippold | ✓ |
| 906 | Picture of Text Messages on Defendant's Phone (re: tribunal) | Dippold | ✓ |
| 907 | Picture of Proud Boy Logo on Defendant's Phone | Dippold | ✓ |
| 908 | Phone Pictures Demonstrative | Dippold | |
| **1000 Series - Safeway** | | | |
| 1001 | D.C. Mayor's Curfew Order | Dippold | ✓ |
| 1002 | Albertson's E-mail – Order to Close D.C. Safeway Stores Early | Dippold | ✓ |
| 1003 | Sales for D.C. Safeway Stores (Jan. 5-7, 2021) | Dippold | ✓ |
| 1004 | Shipments to D.C. Safeway Stores from Pennsylvania Warehouse (Jan. 5-7, 2021) | Dippold | ✓ |
| 1005 | Certificate of Authenticity for Safeway records | | ✓ |
| **1100 Series – Miscellaneous (as needed)** | | | |
| | | | |