# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>vs. )<br>MARK ANTHONY BRU, )<br>) | Criminal No. 21-CR-00352-JEB |

## NOTICE OF APPEAL

Name and address of appellant: Mark Anthony Bru, Reg. No. 37551-509
FCI Victorville Medium II
PO Box 3850
Adelanto, CA 92301

Name and address of appellant's attorney: Ben W. Muse, Assistant Federal Defender
188 W Northern Lights Blvd., Ste. 700
Anchorage, AK 99501

Offense: 18:1752a1; 18:1752as; 40:5104e2B; 40:5104e2D; 40:5104e2G; 18:231a3; 18:1512c2

Concise statement of judgment or order, giving date, and any sentence:

Judgment, dated November 25, 2024 (Doc. 109). Concurrent terms of 60 months on count 6s, 12 months on counts 1s-2s and six months on counts 3s-5s

Name and institution where now confined, if not on bail: FCI Victorville Medium II

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| December 18, 2024 | s/ Mark Bru |
|---|---|
| DATE | APPELLANT |
| | s/ Ben W. Muse, Assistant Federal Defender |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ✔
PAID USDC FEE ☐
PAID USCA FEE ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | | ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ |